UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA :

        -v-  :   ORDER PURSUANT TO
                                           21 U.S.C. § 853

SHUKHRAT ABDULLAEV, and :   22 Cr. 614 (LAP)
SHUKHRATJON MIRSAIDOV :

                   Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, the Government has applied for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the instant case;

WHEREAS, the property in question includes the following assets:

    a. Any and all funds seized on or about February 18, 2022 from Bank of America account 381046789651, held in the name of Uzbekistan Airways, Inc.;

(the "Specific Property");

WHEREAS, the Specific Property is currently in the lawful custody of the Government;

WHEREAS, the Government has represented to the Court that it will maintain and preserve the Specific Property throughout the instant case so that it will be available for forfeiture;

WHEREAS, the Specific Property is alleged to be forfeitable to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), as property involved in the offenses charged in Counts One through Four of the Indictment, or property traceable to such property;

WHEREAS, Title 21, United States Code, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for forfeiture; and

1

WHEREAS, this Order satisfies the Government's obligations to preserve its right to maintain custody of the Specific Property under Title 18, United States Code, Section 983(a)(3)(B)(ii)(II);

IT IS HEREBY ORDERED, pursuant to Title 21, United States Code, Section 853(e)(1), that the United States and its agencies, including the FBI and the USMS, are authorized to maintain and preserve the Specific Property until the conclusion of the instant case, pending further Order of this Court.

Dated:   New York, New York
         December 13, 2022

                                              SO ORDERED:

                                              _____
                                              HONORABLE LORETTA A. PRESKA
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK