**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2023

**By ECF**

The Honorable Loretta A. Presla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v. Shukhrat Abdullaev and Shukhratjon Mirsaidov.*
          No. 22 Cr. 614 (LAP)

Dear Judge Preska:

      The Government respectfully requests, with consent of defense counsel, to adjourn the conference currently scheduled for February 16, 2023, at 1:00 p.m., for approximately 45 days given the Government is still producing discovery, and in order to allow the parties additional time to continue their discussions regarding potential pre-trial dispositions. Additionally, the Government respectfully requests to exclude time pursuant to 18 U.S.C. § 3161(h)(7)(A), with the consent of all counsel, until the date of the next conference for the reasons stated above.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Cecilia Vogel
Assistant United States Attorney
(212) 637-1084

cc: All counsel of record (via ECF)

*Handwritten annotations:*
① The conference is adjourned to April 3 at 10:00 a.m.
② Time is excluded to the adjourned date in the interests of justice

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JU[DGE]

2/8/23