**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 20, 2023

**By ECF**

The Honorable Loretta A. Presla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v. Shukhrat Abdullaev and Shukhratjon Mirsaidov,*
          No. 22 Cr. 614 (LAP)

Dear Judge Preska:

    The Government respectfully requests, with consent of defense counsel, to adjourn the conference currently scheduled for April 3, 2023, at 10:00 a.m., to May 3, 2023, at 11:30 a.m., given the Government continues to produce discovery, and in order to allow the parties additional time to continue their discussions regarding potential pre-trial dispositions. Chambers has informed the parties that the Court is available on May 3, 2023, at 11:30 a.m. Additionally, the Government respectfully requests to exclude time pursuant to 18 U.S.C. § 3161(h)(7)(A), with the consent of all counsel, until the date of the next conference for the reasons stated above.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *Cecilia Vogel*
Cecilia Vogel
Assistant United States Attorney
(212) 637-1084

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
3/21/23

cc:    All counsel of record (via ECF)