UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
United States of America,          :
                                   :
                                   :
                    Plaintiff(s),  :     22 CR 614 (LAP)
                                   :
                                   :     SCHEDULING ORDER
          -against-                :
                                   :
 Shukhrat Abdullaev,               :
 Shukhratjon Mirsaidov             :
                                   :
                    Defendant(s).  :
                                   :
----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

          It is hereby

          ORDERED that the proceeding scheduled for September 11,
2023 at 11:00 is adjourned to October 3, 2023 at 12:00 pm.  Time
is excluded from today, until October 3, 2023 from calculation
under the Speedy Trial Act in the interest of Justice.


SO ORDERED.

_____
Loretta A. Preska, Senior U.S.D.J.


Dated:    New York, New York
          September 11, 2023