**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 2, 2023

**By ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v. Shukhrat Abdullaev and Shukhratjon Mirsaidov.*
           **No. 22 Cr. 614 (LAP)**

Dear Judge Preska:

      The Government respectfully requests, with consent of defense counsel, to adjourn the conference currently scheduled for October 3, 2023, at noon, in order to provide the parties with additional time to continue their ongoing plea discussions before setting any motion or trial schedule. The parties respectfully request that the Court schedule a conference within the following windows of time: November 28 in the afternoon, November 29 in the afternoon, November 30 anytime, or December 1 in the afternoon. Additionally, the Government respectfully (2) requests to exclude time pursuant to 18 U.S.C. § 3161(h)(7)(A), with the consent of all counsel, until the date of the next conference for the reason stated above.

(1) The conference is adjourned to November 30 at noon.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *Cecilia Vogel*
Cecilia Vogel
Vladislav Vainberg
Assistant United States Attorneys
(212) 637-1084/1029

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
10/3/23

cc: All counsel of record (via ECF)