```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :    22-cr-614 (LAP)
          -v.-                         :
                                       :       ORDER
SHUKRAT ABDULLAEV,                     :
                                       :
              Defendant.               :
          -v.-                         :
                                       :
IN RE: $154,892,45 IN FUNDS FROM       :
ACCOUNT #381046789651 IN THE NAME      :
OF UZBEKISTAN AIRWAYS, INC. AT         :
BANK OF AMERICA,                       :
                                       :
              Defendant-in-Rem.        :
----------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Uzbekistan Airways, Inc.'s verified petition under Fed.R.Crim.P. 32.2 wherein it seeks a hearing and the return of certain property subject to the Preliminary Order of Forfeiture, entered in the above-captioned matter on November 16, 2023. (Dkt. no. 38.) The Government and any other interested party shall respond to the petition no later than December 18. Uzbekistan Airways, Inc. may reply no later than December 23.

SO ORDERED.

Dated:    New York, New York
           December 4, 2023

                                    */s/ Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge