

### Law office of
# Cory Garcia, P.C.

245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

January 22, 2024

<u>Via ECF</u>
Hon. Lorretta Preska
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*Re: United States v. Shuhkrat Abdullaev, et al., 22 Cr. 614 (LAP)*

Dear Judge Preska:

      John Diaz, Esq. and I represent defendant Shukhrat Abdullaev on the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act. On March 7, 2022, I was initially appointed to the case as a mentee in the SDNY CJA Mentoring Program at the rate of $103 per hour. However, on January 1, 2024, I was appointed to the CJA Panel in the Southern District. With this development, I respectfully request to raise my current payment rate to the full CJA rate of $172.00 per hour, nunc pro tunc, to January 1, 2024.

      The Court's time and attention to this request is greatly appreciated.

Respectfully Submitted,

*Cory Garcia*
Cory Garcia, Esq.

```
The CJA rate of $172.00 per hour is approved as of
January 1, 2024.  SO ORDERED.


Date:  01/25/2024
```

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge