

February 29, 2024

<u>Via ECF</u>
Hon. Loretta Preska
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

***Re: United States v. Shukhrat Abdullaev, et al., et al., 22 Cr. 614 (LAP)***

Dear Judge Preska:

John Diaz, Esq. and I represent the defendant, Shukhrat Abdullaev, on the above referenced matter having been appointed pursuant to the provisions of the Criminal Justice Act (CJA). Mr. Abdullaev is scheduled to be sentenced on March 20, 2024. The purpose of this letter is to respectfully request a 90-day adjournment of the sentencing.

John Diaz has been on trial before Judge LaShann DeArcy Hall in the Eastern District of New York. Earlier this week, the jury returned a verdict. For the past month, I have been engaged preparing for trial scheduled to begin on February 20, 2024 before Judge P. Kevin Castel. My client decided to enter a plea a week before trial. Additionally, Counsel has not yet received letters from Mr. Abdullaev's family and friends which are to be included in his sentencing submission.

An adjournment of 90 days would provide sufficient time for counsel to receive the letters and review the sentencing submission with the defendant before submitting it to the Court. This is the first request for an adjournment of the sentencing and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn Mr. Abdullaev' sentencing to the week of May 26, 2024, or a date that is convenient to the Court.

The Court's time and attention to this matter are greatly appreciated.

Respectfully Submitted,

*Cory Garcia*
Cory Garcia, Esq.

cc: All Counsel (*via* ECF)

**CG** Law office of
**Cory Garcia, P.C.**
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

The sentencing hearing is adjourned to June 18, 2024, at 10:00 a.m.  SO ORDERED.

Date:   03/01/2024

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge