UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
UNITED STATES OF AMERICA : **FINAL ORDER OF**
: **FORFEITURE**
-v.- :
: 22 Cr. 614 (LAP)
SHUKHRAT ABDULLAEV, :
:
Defendant. :
:
------------------------------------------------------------ X

WHEREAS, on or about November 16, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 38), which ordered the forfeiture to the United States of all right, title and interest of SHUKHRAT ABDULLAEV (the "Defendant") in the following property:

    i.    $154,892.45 seized on or about February 18, 2022 from Bank of America account 381046789651 in the name of the Uzbekistan Airways Inc. ("Account-1");

(the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on March 5, 2024, for thirty (30) consecutive days, through April 3, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 10, 2024 (D.E. 68);

WHEREAS, on or about November 29, 2023, Uzbekistan Airways, Inc. ("Petitioner") filed a verified petition (the "Petition") asserting an interest in the Specific Property as the sole account holder of Account-1;

WHEREAS, on or about April 26, 2024, the Court entered a Stipulation and Order (D.E. 66), agreed and consented to by the Government and Petitioner, whereby: (i) the Government recognized Petitioner's lawful interest as sole owner of $116,169.33 of the Specific Property; (ii) the Petitioner withdrew its Petition and any asserted interest with respect to the remaining $38,723.12 of the Specific Property (the "Government's Share"); and (iii) Petitioner will not contest the Government's forfeiture of the Government's Share;

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no other claims or petitions, to contest the forfeiture of the Specific Property, other than the Petition, have been filed;

WHEREAS, the Defendant and the Petitioner are the only individuals and/or entities known by the Government to have a potential interest in the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Government's Share of the Specific Property, to wit, $38,723.12 in United States currency, is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Government's Share of the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Government's Share of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       May 13, 2024

SO ORDERED:

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE