

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York  10278*

July 2, 2024

**By ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:   ***United States v. Shukhrat Abdullaev***
                  **No. 22 Cr. 614 (LAP)**

Dear Judge Preska:

      The Government respectfully requests, with the consent of defense counsel, to adjourn defendant Shukhrat Abdullaev's sentencing, currently scheduled for July 10, 2024. The Government has today disclosed information to the defense related to an ongoing investigation that is relevant to the defendant's sentencing. The Government will promptly provide the defense with discovery regarding the information. To provide the defense with time to review the discovery and evaluate the new information, the Government respectfully requests to adjourn the sentencing for approximately 60 days and to adjourn the deadline for the Government's submission until one week before the new sentencing date. The Government does not oppose a supplemental sentencing submission by the defendant in connection with the disclosed information, if the defendant wishes to make a supplemental submission.

```
Mr. Abdullaev's sentencing is adjourned to
September 4, 2024 at 12:00 p.m.  The defense
shall file any supplemental submission no
later than August 21, 2024, and the Government
shall file its sentencing submission no later
than August 28, 2024.  SO ORDERED.

Date:  07/02/24
```

                        _____
                        LORETTA A. PRESKA, U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Christopher D. Brumwell
Cecilia Vogel
Assistant United States Attorneys
(212) 637-2477/1084

cc:      All counsel of record (via ECF)