**Law office of**
**CG Cory Garcia, P.C.**
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

May 22, 2025

<u>Via ECF</u>
Hon. Loretta Preska
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

***Re: United States v. Shukhrat Abdullaev, et al., et al., 22 Cr. 614 (LAP)***

Dear Judge Preska:

I represent the defendant, Shukhrat Abdullaev, on the above referenced matter having been appointed pursuant to the provisions of the Criminal Justice Act (CJA). Mr. Abdullaev was sentenced to 24 months of incarceration on September 4, 2024. His Passport is currently in the possession of Pretrial Services. Mr. Abdullaev respectfully requests that his passport be released to his wife, Lobar Abdullaev. The government consents to this request.

The Court's time and attention to this matter are greatly appreciated.

Respectfully Submitted,

*Cory Garcia*
_____
Cory Garcia, Esq.

cc: All Counsel (*via* ECF)

```
The request is granted.  Defendant's
passport shall be released to his wife,
Lobar Abdullaev.  The Clerk of the Court
shall close dkt. no. 103.  SO ORDERED.
```

*Loretta A. Preska*
_____
Loretta A. Preska
United States District Judge

May 27, 2025
New York, New York